NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: E-Z-DOCK, INC.,**

*Plaintiff-Appellant*

---

2023-1253

---

Appeal from the United States District Court for the Middle District of Florida in No. 2:21-cv-00450-SPC-NPM, Judge Sheri Polster Chappell.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

August 30, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 30, 2023